442 A.2d 335

Commonwealth, Appellant v. Brown.

Commonwealth, Appellant v. Krieger.

Argued December 2, 1980.

Kristine F. Hughey, III, Assistant District Attorney, for Commonwealth, appellant; Thomas B. Schmidt, III, for Brown, appellee (at No. 1094); Edward M. Foley, for Krieger, appellee (at No. 1095).

Before PRICE, WATKINS and MONTGOMERY, JJ.

Affirm the grant of a new trial as to both appellees. We relinquish jurisdiction.

PRICE, J., did not participate in the consideration or decision of this case.